| | | | |
|---|---|---|---|
| Com. v. Jackson | 1041 MDA 2016<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 02/14/2017 | CP–40–CR–0002446–<br>2015<br>(Luzerne) |
| In the Interest of: E.M. | 1585 MDA 2016<br>Reversed and<br>Remanded | 02/14/2017 | CP–06–DP–0000255–<br>2016<br>(Berks) |
| Com. v. Payne [13] | 1198 WDA 2015<br>Affirmed | 02/14/2017 | CP–02–CR–0016341–<br>2014<br>(Allegheny) |
| Com. v. Rubinosky | 274 WDA 2016<br>Affirmed | 02/14/2017 | CP–25–CR–0002253–<br>2015<br>(Erie) |
| In re Long; Appeal of Lorenz | 491 WDA 2016<br>Affirmed | 02/14/2017 | 7272 of 2014<br>(Allegheny) |
| Coleman v. Lackner | 1117 WDA 2016<br>Affirmed | 02/14/2017 | AR–15–004288<br>(Allegheny) |
| Com. v. Acevedo | 1630 EDA 2015<br>Affirmed | 02/15/2017 | CP–51–CR–1302933–<br>2006<br>(Philadelphia) |
| Com. v. Lindsay | 2541 EDA 2015<br>Affirmed | 02/15/2017 | CP–51–CR–0011932–<br>2008<br>(Philadelphia) |
| Com. v. Matos | 2756 EDA 2015<br>Affirmed | 02/15/2017 | CP–51–CR–0011474–<br>2013<br>(Philadelphia) |
| Com. v. Colon | 288 EDA 2016<br>Affirmed | 02/15/2017 | CP–51–CR–0001942–<br>2015<br>(Philadelphia) |
| Com. v. Banks | 1264 EDA 2016<br>Affirmed | 02/15/2017 | CP–23–CR–0005078–<br>1998<br>(Delaware) |
| Com. v. Linton | 1747 EDA 2016<br>Affirmed | 02/15/2017 | CP–51–CR–0807241–<br>1991<br>(Philadelphia) |
| Com. v. Dones | 1968 MDA 2015<br>Vacated and<br>Remanded | 02/15/2017 | CP–06–CR–0002358–<br>2014<br>(Berks) |
| Com. v. Harden | 625 MDA 2016<br>Affirmed | 02/15/2017 | CP–38–CR–0000558–<br>2014<br>(Lebanon) |
| Com. v. Benitez–Rosado | 873 MDA 2016<br>Reversed,<br>Vacated and<br>Remanded | 02/15/2017 | CP–67–CR–0005492–<br>2011<br>(York) |
| Com. v. Atkins [14] | 1015 MDA 2016<br>Vacated and<br>Remanded | 02/15/2017 | CP–14–CR–0000464–<br>2015<br>(Centre) |

13. Petition for reargument denied April 26, 2017.
14. Petition for reargument denied March 22, 2017.